UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEXUAL SIN DE UN ABDUL BLUE,

       Plaintiff,                                    Case No. 16-cv-10526
vs.                                                   HON. MARK A. GOLDSMITH

CITY OF RIVER ROUGE, et al.,

       Defendants.
_____/

## JUDGMENT

    Judgment is entered in accordance with the opinion and order entered on today's date.

    SO ORDERED.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                   By:    s/Karri Sandusky
                                                      DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: August 23, 2018